

# COURT OF CRIMINAL APPEALS
## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 05, 2015
Case Number WR-82,434-01
SEPULVADO, SHAINA
COA No.   Tr. Ct. No. F13745-2006-A
Nacogdoches County, 420th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, *Loretta Cammack* ,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on __1 / 8 / 2015__ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**